UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Schwan's Sales Enterprises, Inc.
and Robot Aided Manufacturing Center,

Plaintiffs,

vs.

McGill Technology Limited and
Nova Express International Limited,

Defendants.

Civil 00-2173 JRT/FLN

**ORDER**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 9, 2001, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution.

DATED: 4/25, 2001.

JUDGE JOHN R. TUNHEIM
United States District Court

FILED APR 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 25 2001
DEPUTY CLERK